# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK BYRON RUSSELL,<br><br>    Plaintiff,<br><br>    v.<br><br>K. TOAR, et al.,<br><br>    Defendants. | Case No.  1:15-cv-00255-SAB-PC<br><br>ORDER EXTENDING TIME TO FILE A SECOND AMENDED COMPLAINT<br><br><br>THIRTY DAY DEADLINE |

    Plaintiff Russell is a former is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On January 20, 2016, an order was entered, dismissing the first September 18, 2015, first amended complaint and granting Plaintiff leave to file a second amended complaint within thirty days. (ECF No. 10.)  The thirty day period has expired, and Plaintiff has not filed a second amended complaint.  On January 29, 2016, Plaintiff filed a Notice of Change of Address, indicating his release from custody.  The Notice of Change of Address was signed by Plaintiff on January 26, 2015.  It is unclear whether Plaintiff received the January 20, 2016, order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the January 20, 2016, order;
2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a second amended complaint; and
3. Plaintiff's failure to comply with this order will result in dismissal of this action for failure to state a claim and failure to obey a court order.

IT IS SO ORDERED.

Dated: **February 24, 2016**

UNITED STATES MAGISTRATE JUDGE